THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN WALKER, Appellant. [612 NYS2d 903] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered September 4, 1992, convicting him of criminal sale of a controlled substance in the third degree and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDDIE BARRETT, Appellant, v CHARLES J. SCULLY, Respondent. [612 NYS2d 895] —In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Dutchess County (Marlow, J.), dated June 2, 1992, which denied the writ.

Ordered that the judgment is affirmed, without costs or disbursements.

The petitioner's claim of ineffective assistance of trial counsel could have been raised on a direct appeal from his judgment of conviction, and therefore the relief of habeas corpus does not lie *(see, People ex rel. Goss v Smith,* 69 NY2d 727).

The petitioner's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.